IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NOE GABRIEL GUTIERREZ RAMIREZ,

    Petitioner,

v.                                CASE NO. 4:12-cv-587-WS-GRJ

THE PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

_____/

## O R D E R

    This case is before the Court on Doc. 1, a petition for a writ of habeas corpus. Petitioner is incarcerated at Chuckawalla Valley State Prison in California and challenges his conviction in Compton, California.[1]  Jurisdiction is therefore appropriate in the United States District Court for the Central District of California, as the district of confinement and conviction.  28 U.S.C. § 2241(d).

    Accordingly, it is **ORDERED** that**:**

    The Clerk is directed to **TRANSFER** this case to the Central District of California for all further proceedings.

    **DONE AND ORDERED** this 9th day of November 2012.

                                    *s/Gary R. Jones*
                                    GARY R. JONES
                                    United States Magistrate Judge

---

[1] The Court takes judicial notice of Petitioner's civil rights complaint recently dismissed in this District, which provides additional details regarding the conviction he challenges in the instant petition.  *Ramirez v. Skyers,* Case No. 4:12-cv-437-WS-GRJ (N.D. Fla. October 5, 2012).